O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )   SA 10-182M
                             )
     v.                      )   ORDER OF DETENTION AFTER HEARING
                             )   (18 U.S.C. § 3142(i))
JUDITH JOSEFINA GARCIA GONZALEZ )
                             )
            Defendant.       )
_____)

I.

A.  ( )  On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X)    serious risk defendant will flee;

    2. ( )  serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

| | |
|---|---|
| 1 | II. |
| 2 | The Court finds no condition or combination of conditions will reasonable assure: |
| 3 | A. ( X )   appearance of defendant as required; and/or |
| 4 | B. ( ) safety of any person or the community; |
| 5 | III. |
| 6 | The Court has considered: |
| 7 | A. ( x ) the nature and circumstances of the offense; |
| 8 | B. (x) the weight of evidence against the defendant; |
| 9 | C. (x) the history and characteristics of the defendant; |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community. |
| 11 | IV. |
| 12 | The Court concludes: |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 14 | |
| 15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because: |
| 16 | **Defendant is undocumented.  He has no ties to the community and no bail** |
| 17 | **resources.** |
| 18 | |
| 19 | C. ( ) A serious risk exists that defendant will: |
| 20 | 1. ( )   obstruct  or  attempt  to  obstruct  justice; |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 22 | |
| 23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 24 | provided in 18 U.S.C. § 3142 (e). |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1      IT IS ORDERED that defendant be detained prior to trial.

2      IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4      IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8  Dated:  April 14, 2010

                                           Marc L. Goldman
                                           U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                            - 3 -                                Page 3 of 3